DISTRICT JUDGE FRANKLIN D. BURGESS
MAGISTRATE JUDGE KAREN L. STROMBOM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RONALD GLENN DAUGHERTY,<br><br>                Petitioner,<br><br> v.<br><br>KENNETH QUINN,<br><br>                Respondent. | NO. C06-5051FDB<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Respondent, having filed a Motion for Extension of Time to File an Answer in this matter, and the Court being fully advised and having examined the records and files herein;

NOW THEREFORE, it is hereby

ORDERED that Respondent's Motion for Extension of Time to File an Answer [Dkt. 8] in this matter be and the same is hereby granted.

Respondent's Answer to Petition for Writ of Habeas Corpus shall be due on or before May 19th, 2006.

Order Granting Extension
Page One

1
2       Respondent's Motion for Second Extension of Time to File Answer [Dkt. 9] is moot and
3  stricken from the docket.
4       DATED this 2nd day of May, 2006.

                                              Karen L. Strombom
                                              United States Magistrate Judge

26  Order Granting Extension
    Page Two